UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DONNIE B. MITCHELL, et al., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-147-SNLJ |
| MONSANTO COMPANY, et al., | ) |
| Defendants. | ) |

## ORDER

In accordance with this Court's order dated May 7, 2021, this matter is hereby DISMISSED without prejudice.

Dated this  4th  day of May, 2021.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE